TOWNSHIP COMMITTEE OF THE TOWNSHIP OF FRANKLIN,
ETC., ET AL. v. BOARD OF CHOSEN FREEHOLDERS
OF THE COUNTY OF HUNTERDON.

March 24, 1987.

Petition for certification denied.

BRUCE THOMPSON v. THE NEW JERSEY STATE
PAROLE BOARD, ET AL.

March 24, 1987.

Petition for certification denied.

JAMES FRANCIS BAILEY v. CAROL BAILEY.

March 24, 1987.

Petition for certification denied.

WILLIAM G. BURRIS, JR., & SON, INC., T/A ENVIRONMENTAL
SYSTEMS CONSULTANTS, ETC. v. HILTON HOTELS
CORPORATION, ETC., ET AL.

March 24, 1987.

Petition for certification denied. (See 214 *N.J.Super.* 95)